AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:23-mj-3120-TMP |
| | ) | |
| Aimenn Penny | ) | |
| Defendant(s) | ) | |

**FILED**
12:09 pm Mar 31 2023
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 25, 2023  in the county of  Geauga  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Malicious Use of Explosive Materials (Arson) |
| 26 U.S.C. § 5861(c) | Receiving or Possessing a Destructive Device |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Lane Thorum, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: March 31, 2023

City and state: Cleveland, Ohio

Thomas M. Parker, United States Magistrate Judge