AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.

Aimenn Penny

*Defendant*

Case No. 1:23-mj-3120-TMP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Aimenn Penny,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(i) - Malicious Use of Explosive Materials (Arson)

26 U.S.C. § 5861(c) - Receiving or Possessing a Destructive Device

Date: March 31, 2023

*Thomas M. Parker, United States Magistrate Judge*

City and state: Cleveland, Ohio

---

**Return**

This warrant was received on *(date)* 3/31/2023, and the person was arrested on *(date)* 3/31/2023
at *(city and state)* North Canton, Ohio

Date: 3/31/2023

*Arresting officer's signature*

Stacey Griggs Special Agent
*Printed name and title*

FILED
APR - 4 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON