FILED
APR 20 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| ) | CASE NO. 1:23 CR 00226 |
| v. ) | |
| ) | Title 18, United States Code, |
| AIMENN PENNY, ) | Sections 247(a)(2), (d)(3), |
| ) | 844(h)(1), and (i); Title 26, |
| Defendant. ) | United States Code, Sections |
| ) | 5822, 5845(a)(8), (f), (i), |
| ) | 5861(c), and 5871 |

JUDGE BRENNAN

COUNT 1
(Obstruction of Persons in the Free Exercise of Religious Beliefs,
18 U.S.C. §§ 247(a)(2) and (d)(3))

The Grand Jury charges:

1. On or about March 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant AIMENN PENNY did intentionally obstruct and attempt to obstruct, by force and threat of force, members and attendees of the Community Church of Chesterland in the enjoyment of their free exercise of religious beliefs, by throwing incendiary devices at their church and breaking their church sign. The offense was in and affected interstate and foreign commerce, and included the use and attempted use of a dangerous weapon, explosives, and fire, all in violation of Title 18, United States Code, Section 247(a)(2) and (d)(3).

## COUNT 2
(Arson, 18 U.S.C. § 844(h)(1))

The Grand Jury further charges:

2.  On or about March 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant AIMENN PENNY knowingly used fire to commit an offense prosecutable as a felony in a court of the United States, to wit: Obstruction of Persons in the Free Exercise of Religious Beliefs charged in Count One of this Indictment, in violation of Title 18, United States Code, Section 844(h)(1).

## COUNT 3
(Arson, 18 U.S.C. § 844(i))

The Grand Jury further charges:

3.  On or about March 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant AIMENN PENNY maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, a building, and other real and personal property, to-wit: the Community Church of Chesterland, used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

## COUNT 4
(Receiving or Possessing a Destructive Device, 26 U.S.C. § 5861(c))

The Grand Jury further charges:

4.  On or about March 25, 2023, in the Northern District of Ohio, Eastern Division, Defendant AIMENN PENNY knowingly received and possessed a firearm, to-wit: a destructive device in the form of a glass bottle containing a flammable liquid, more commonly known as a "Molotov Cocktail," as described in Title 26, United States Code, Sections 5845(a)(8) and

5845(f), made in violation of Chapter 53 of Title 26, United States Code, all in violation of Title 26, United States Code, Sections 5822, 5845(a)(8), 5845(f), 5845(i), 5861(c), and 5871.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.