Reclaimer
Reclaimer sends his warmest Regard's
The Answer Question only he would know is Mr Penny
likes mushrooms.
Telegram usernames - @ ███████
(I trust him with my life)

Bloodbase
trib

(It's anonymous -
good opsec)

2917
Akron
civic
center
Drugs shop
25 wanted

(Tell them
Reclaimer sends his
regards)

vs -

People in Alliance, OH that I trust -

███████
and his Father
Steven Penny
(My Father)
▬▬ ▬▬

Akron Civic Theatre - April 29th, 2023 - The Fire shall Rise, and God's r--y shall be remembered by ALL

—T.R.

My Friends, my brothers - You know who I am, and I bring a message of great importance - The man who brings you this message is a friend and an ally - I trust him just as I trust you, and a great day of action is almost upon us - Gear up for April 29th, 2023 - for the world shall see us this day. The call for Blood has been made, and blood shall flow that day. Prepare, and make your peace - Fire and ammo, Blood and Bone. —T.R.

[Margin annotations: Redacted / recipe for Molotov cocktail / Enjoy (results) / swastika symbol]

Brothers, our time is now.
For too long has the degeneracy festered within our streets - For too long have our children's cries fallen on deaf ears - And for too long, have the wicked and the unnatural lived without fear.

In your hearts, you all know what must be done - And the answer to our Nation's problem is not "rallying" or "protesting" - It is great violence, for only that will erase the filth, for only that will set our people free!

Show them the Fangs of Retribution - Tooth and nail, Blood and Bone.

They have drawn first blood - PAY THEM IN FULL.

Our Great RECLAIMATION has begun.  -T.R.

Akron Civic Theatre - April 24th, 2023 - The Fire shall Rise, and God's fury Shall be remembered by ALL  -T.R.