IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 1:23CR226 |
| Plaintiff | * | |
| -vs- | * | JUDGE BRIDGET MEEHAN BRENNAN |
| AIMENN PENNY | * | <u>MOTION TO WITHDRAW AS COUNSEL; MOTION TO APPOINT APPELLATE COUNSEL</u> |
| Defendant | * | |
| | * * * | |

Now comes undersigned counsel, and respectfully requests leave to withdraw as counsel of record for Defendant, Aimenn Penny, in the within proceedings and furthermore appointing appellate counsel. Defendant Penny has advised counsel that he wishes to appeal the Court's Order dated January 29, 2024. Undersigned counsel represents it would be in the Defendant's best interest that substitute appellate counsel be appointed for appeal purposes.

WHEREFORE, undersigned counsel respectfully requests that he be permitted to withdraw and that substitute appellate counsel be appointed to represent Defendant.

Respectfully submitted,

<u>/S/  JOHN W. GREVEN</u>
JOHN W. GREVEN #0063421
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171  -  330-253-7174 fax
burdon-merlitti@neo.rr.com

<u>PROOF OF SERVICE</u>

    I hereby certify that on February 2, 2024, a copy of the foregoing Motion to Withdraw as Counsel; Motion to Appoint Appellate Counsel was electronically filed.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

                                      */S/ JOHN W. GREVEN*
                                      JOHN W. GREVEN
                                      Attorney for Defendant